# ELECTRONIC RECORD

**308-15**

COA # 02-13-00582-CR     OFFENSE: 10.01

STYLE: Ex parte Byrias Roberson v.     COUNTY: Wichita

COA DISPOSITION: AFFIRM     TRIAL COURT: County Court at Law No. 1

DATE: 01/08/2015     Publish: YES     TC CASE #: 58017-E

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Ex parte Byrias Roberson v.     CCA #: **308-15**

_____APPELLANT'S_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: 06/24/15     SIGNED: _____     PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____     DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**